# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local # 10 Control Board Trust Fund,

Plaintiffs,

vs.

TGC Services, Inc., a Minnesota corporation,

Defendant.

Civil File Number: 01-1894-JRT/FLN

**INJUNCTION**

Pursuant to this Court's Order dated January 4, 2002:

1. Defendant is to submit forthwith to Plaintiffs all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.
2. Defendant, is to submit forthwith to Plaintiffs all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.
3. The Defendant shall cooperate in all ways with this audit.
4. Defendant, acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: Jan 4, 2002

BY THE COURT:

John R. Tunheim
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK